## LAW OFFICES OF NOLAN KLEIN, P.A.   ATTORNEYS & COUNSELORS

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

www.nklegal.com

HECTOR V. RAMIREZ, ESQ.
ramirez@nklegal.com

December 16, 2019

**VIA ECF**
Honorable Judge John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.,
New York, NY 10007

Re:  *Juscinska v. Annie P, LLC, et al.*
     *SDNY Case No.: 1:19-cv-06510*

Dear Judge Koeltl,

> The order of December 2 did not reopen the case, but only scheduled the conference. The conference scheduled for December 18, 2019, is cancelled. Any request for reinstatement of the case shall be marked withdrawn. The clerk shall close documents 15 and 17.    SO ORDERED,
> /s/ John G. Koeltl
> 12/16/19.

This office represents the Plaintiff, Natalia Juscinska, in the above-captioned case. On December 2, 2019 Plaintiff notified the Court that the parties had not been able to conclude the settlement and requested the Court to reinstate the case on an active docket. On December 3, 2019, an Order was entered reinstating the case and scheduling a conference for December 18, 2019 at 4:30 pm.

Plaintiff hereby notifies the Court that a settlement in principle has been reached in the above-captioned matter. Counsel for parties are in the process of finalizing settlement and request thirty (30) days for Plaintiff to file a Notice of Dismissal with Prejudice, or, in the alternative, to request that the case be restored to the active docket. As such, the parties hereby request the initial pretrial conference scheduled for December 18, 2019, be adjourned *sine die*.

We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By: */s/ Hector V. Ramirez*
    HECTOR V. RAMIREZ, ESQ.

HVR/amd
cc: John F. Olsen, Esq., and Andrew P. Sherrod Esq. (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-17-19